**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**RONALD A. HUTCHESON**                                                       **PLAINTIFF**

**v.**                      **Civil No. 06-5046**

**JUDGE XOLLIE DUNCAN**                                                 **DEFENDANT**

## O R D E R

Now on this 25th day of July, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #8), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's Complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                   /s/Jimm Larry Hendren
                                                   JIMM LARRY HENDREN
                                                   UNITED STATES DISTRICT JUDGE